# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**CHARLES KINDRED and**
**C & M CONSTRUCTION, INC.,**

      **Plaintiffs,**

**v.**                                      **Case No.  8:07-cv-1002-T-30EAJ**

**MICHAEL MURPHY and THE STANLEY**
**WINES LAW FIRM, P.A.,**

      **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court upon notification from Robert E. Thomas, bankruptcy trustee for the Chapter 7 bankruptcy cases of Charles Kindred and C & M Construction (together, "Plaintiffs"), regarding his intentions to proceed with this case.  Mr. Thomas acknowledges he does not wish to pursue Counts 11 and 12 of Plaintiffs' Complaint, which allege violations of the Racketeer Influenced and Corrupt Organizations Act ("RICO"), and states said Counts should probably be dismissed with prejudice.  Upon review and consideration, the Court concludes Plaintiffs' RICO claims (Counts 11-12) should be dismissed without prejudice.

While Plaintiffs allege jurisdiction in this Court is founded under 28 U.S.C. § 1332, Plaintiffs also allege all parties to this action are Florida citizens.  Taking Plaintiffs' allegations as true, complete diversity among the parties does not exist and this Court lacks

diversity jurisdiction over this case.  Plaintiffs' only other basis for jurisdiction is alleged to be founded under 18 U.S.C. § 1964(c), based on Plaintiff's RICO claims.  As the Court has dismissed Plaintiff's RICO claims, it lacks subject-matter jurisdiction over the remainder of this case.

It is therefore ORDERED AND ADJUDGED that:

1.      Counts 11 and 12 of Plaintiffs' Third Amended Complaint are **DISMISSED without prejudice**.

2.      The remainder of Plaintiffs' Third Amended Complaint is **DISMISSED without prejudice**.

3.      All pending motions, including the pending Motions to Dismiss and Motions for Sanctions, are denied as moot.

4.      The Clerk is directed to close this file.

**DONE** and **ORDERED** in Tampa, Florida on June 10, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2007\07-cv-1002.dismissal.frm